HONORABLE MARSHA J. PECHMAN

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| MANUEL RIVERA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>CAPE HORN FISHERIES, LLC; IQUIQUE U.S., LLC; UNIMAK FISHERIES, L.L.C., F/T UNIMAK, her tackle, gear, furniture, apparel, appurtenances and equipment, ON# 637693,<br><br>　　　　　Defendants. | At Law or In Admiralty<br><br>No. 05-0204-MJP<br><br>**STIPULATED MOTION AND ORDER TO AMEND CASE SCHEDULE** |

## I.　　MOTION

Plaintiff Manuel Rivera and Defendants Cape Horn Fisheries, LLC, Iquique U.S., LLC, and Unimak Fisheries, L.L.C., jointly move for an extension of certain current pre-trial dates set forth in the following stipulation. The parties demonstrate good cause for rescheduling the pre-trial dates, and this motion should be granted.

///

///

STIPULATED MOTION AND ORDER TO AMEND CASE SCHEDULE - No. 05-0204-MJP – Page 1

26474 gi283801

LE GROS BUCHANAN
& PAUL
701 FIFTH AVENUE
SUITE 2500
SEATTLE, WASHINGTON 98104-7051
(206) 623-4990

## II.  STIPULATION

1. Plaintiff alleges personal injuries.

2. Plaintiff ceased treating for his personal injuries in late 2004 or early 2005.

3. Plaintiff recently began treating for his alleged injuries once again, however.

4. Plaintiff's resumption of treatment will require further discovery, and creates uncertainty as to what experts may required by the parties in order to properly respond to their respective claims and defenses.

9. In order to establish a case schedule that permits the parties sufficient time to complete discovery and disclose experts, the parties seek an order granting the limited relief set forth below from the Court's April 18, 2005 Order Setting Trial Date and Related Dates.

10. The parties stipulate and agree that the resumption of medical treatment constitutes good cause to amend the Order Setting Trial Date and Related Dates by continuing the Expert Witness Disclosure deadline to <u>December 5, 2005</u>, and the Motions Due deadline and the Discovery Cut-Off to <u>January 3, 2006</u>.

10. Therefore, there is good cause for continuing the pre-trial dates, and the parties respectfully request that the Court modify the case schedule as set forth above.

**STIPULATED AND AGREED TO**:

<u>s/ Joseph Stacey  (by telephone authorization)</u>
Joseph Stacey, WSBA #12840
Attorney for Plaintiff
Beard, Stacey, Trueb & Jacobsen
4039 21st Avenue W., Ste. 401
Seattle, WA  98199
Telephone: (206) 282-3100
Facsimile: (206) 282-1149
E-mail: jstacey@maritimelawyer.us

STIPULATED MOTION AND ORDER TO AMEND CASE SCHEDULE - No. 05-0204-MJP – Page 2

26474 gi283801

LE GROS BUCHANAN
& PAUL
701 FIFTH AVENUE
SUITE 2500
SEATTLE, WASHINGTON  98104-7051
(206) 623-4990

1
2   *s/David C. Bratz*
    DAVID C. BRATZ, WSBA #15235
    MARKUS B.G. OBERG, WSBA #34914
3   Attorneys for Defendants
    LeGros, Buchanan & Paul
4   701 Fifth Avenue, Suite 2500
    Seattle, Washington 98104
5   Telephone: (206) 623-4990
    Facsimile: (206) 467-4828
6   E-mail: dbratz@legros.com
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23

STIPULATED MOTION AND ORDER TO AMEND CASE SCHEDULE - No. 05-0204-MJP – Page 3

LE GROS BUCHANAN
& PAUL
701 FIFTH AVENUE
SUITE 2500
SEATTLE, WASHINGTON 98104-7051
(206) 623-4990

26474 gi283801

1  III.     [PROPOSED] ORDER

2  THE COURT FINDS that good cause was shown to continue certain pre-trial dates.

3  IT IS HEREBY ORDERED that following case deadlines listed in the April 18, 2005

4  Order Setting Trial Date and Related Dates are amended as follows: the new Expert Witness

5  Disclosure deadline shall be December 5, 2005; the new Motions Due deadline shall be

6  January 3, 2006; and the new Discovery Cut-Off shall be January 3, 2006.  All other dates

7  remained unchanged.  The clerk is directed to send attested copies of this order to all counsel

8  of record.

9  DATED this 5th day of October, 2005.

_____
Marsha J. Pechman
U.S. District Judge

Presented by:

*s/Joseph Stacey (by telephone authorization)*
Joseph Stacey, WSBA #12840
Attorney for Plaintiff
Beard, Stacey, Trueb & Jacobsen
4039 21st Avenue W., Ste. 401
Seattle, WA  98199
Telephone:  (206) 282-3100
Facsimile:  (206) 282-1149
E-mail:  jstacey@maritimelawyer.us

*s/David C. Bratz*
DAVID C. BRATZ, WSBA #15235
MARKUS B.G. OBERG, WSBA #34914
Attorneys for Defendant
LeGros, Buchanan & Paul
701 Fifth Avenue, Suite 2500
Seattle, Washington 98104
Telephone: (206) 623-4990
Facsimile: (206) 467-4828

STIPULATED MOTION AND ORDER TO AMEND CASE SCHEDULE - No. 05-0204-MJP – Page 4

LE GROS BUCHANAN
& PAUL
701 FIFTH AVENUE
SUITE 2500
SEATTLE, WASHINGTON  98104-7051
(206) 623-4990

26474 gi283801

1  E-mail: dbratz@legros.com

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

STIPULATED MOTION AND ORDER TO AMEND CASE
SCHEDULE - No. 05-0204-MJP – Page 5

LE GROS BUCHANAN
& PAUL
701 FIFTH AVENUE
SUITE 2500
SEATTLE, WASHINGTON 98104-7051
(206) 623-4990

26474 gi283801